HARRISON LAPIER, Appellant, *v.* FRANK GONYO,
Respondent.

*Lapier* v. *Gonyo*, 136 App. Div. 903, affirmed.
(Argued June 8, 1911; decided October 3, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,

entered January 8, 1910, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury in an action to recover for an alleged trespass and to obtain an injunction.

*C. J. Vert* for appellant.

*John H. Booth* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, HISCOCK and COLLIN, JJ.